UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Martin Stein and Susan Stein,

Plaintiffs,

v.

John G. Kinnard & Co., et. al.

Defendant.

Civil File No. 00-1659 (MJD/JGL)

NOTICE OF HEARING

---

Oral argument's for Plaintiff's Motion to Vacate Arbitration Award and Defendant's Motion to Confirm Arbitration Award are scheduled for Thursday, October 19, 2000 at 9:00 a.m. before Judge Michael J. Davis in Courtroom 14 East of the U.S. Courthouse, 300 South Fourth Street, Minneapolis, Minnesota.

Dated: August 18, 2000

FRANCIS E. DOSAL
Clerk of U.S. District Court

Angela Chianelli
Angela Chianelli, Deputy Clerk
(612) 664-5073

FILED AUG 22 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______