# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Martin Stein and Susan Stein

Case No. Civil 00-1659 MJD/JGL

v.

**JUDGMENT IN A CIVIL CASE**

John Kinnard & Co.; and
Josephthal Lyon & Ross, Inc.,
n/k/a Josephthal & Co., Inc.

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED THAT:**

1. Plaintiff's motion to vacate the arbitral award be denied;
2. Defendants' motion to confirm the arbitral award be granted.

DATE: December 29, 2000

FRANCIS E. DOSAL, CLERK

Shirley Hansen

Shirley Hansen, Deputy Clerk